# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**BARBARA BOYD**                                                    **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO. 2:05CV2117 LTS-JMR**

**AMERICAN GENERAL FINANCE, INC., ET AL.**              **DEFENDANTS**

## ORDER OF DISMISSAL

Upon the motion of the plaintiff to dismiss this case with prejudice, it is

**ORDERED**

That the plaintiff's motion to dismiss [9] is hereby **GRANTED**; and

That this case is hereby finally **DISMISSED** with prejudice.

**SO ORDERED** this 2nd day of February, 2006.

                                                                        s/ *L. T. Senter, Jr.*

                                                                        L. T. Senter, Jr.
                                                                        Senior Judge