# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**BARBARA BOYD**                                                                                 **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO. 2:05CV2117 LTS-JMR**

**AMERICAN GENERAL FINANCE, INC., ET AL.**                  **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Upon due consideration of the unopposed motion of the plaintiff to dismiss the claims against the defendants with prejudice, it is

**ORDERED**

That the plaintiff's unopposed motion to dismiss the claims is hereby **GRANTED**;

That the plaintiff's claims are hereby **DISMISSED** with prejudice; and

That this case shall remain on the Court's active docket pending resolution of the defendants' counterclaims.

**SO ORDERED** this 8th day of February, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge