IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



*(All Actions Consolidated for Pretrial Purposes Only)*

COUNTER-DEFENDANTS:

| | |
|---|---|
| DELIA ANDREWS | Civil Action No. 2:05cv2115LTS-JMR |
| JOHN BONNER, JR. AND BESSIE BONNER | Civil Action No. 2:05cv2116LTS-JMR |
| BARBARA BOYD | Civil Action No. 2:05cv2117LTS-JMR |
| CHARLOTTE D. COOK | Civil Action No. 2:05cv2118LTS-JMR |
| GLENNIS COOLEY | Civil Action No. 2:05cv2119LTS-JMR |
| MARY CROSBY | Civil Action No. 2:05cv2120LTS-JMR |
| MILDRED EDMONSON | Civil Action No. 2:05cv2121LTS-JMR |
| JEANNIE M. EILAND | Civil Action No. 2:05cv2122LTS-JMR |
| JOHNNY L. EVANS AND JULIA A. EVANS | Civil Action No. 2:05cv2123LTS-JMR |
| BERTHA GARNER | Civil Action No. 2:05cv2124LTS-JMR |
| ROMANDA R. GARNER | Civil Action No. 2:05cv2125LTS-JMR |
| ERIC T. GREEN | Civil Action No. 2:05cv2126LTS-JMR |
| TERRI R. GRENIER | Civil Action No. 2:05cv2127LTS-JMR |
| CHRISTOPHER L. HARRIS | Civil Action No. 2:05cv2128LTS-JMR |
| CAROLYN JONES AND JERRY L. JONES | Civil Action No. 2:05cv2129LTS-JMR |
| OLIVER KNIGHT AND BOBBIE KNIGHT | Civil Action No. 2:05cv2130LTS-JMR |
| ALBERT LOSTON AND MELISSA LOSTON | Civil Action No. 2:05cv2131LTS-JMR |
| JOHNNY E. MCDONALD | Civil Action No. 2:05cv2132LTS-JMR |
| ALICE MUSGROVE | Civil Action No. 2:05cv2133LTS-JMR |
| JAMES B. MYRICK | Civil Action No. 2:05cv2134LTS-JMR |
| ALAN W. PUGH | Civil Action No. 2:05cv2135LTS-JMR |
| LINDA G. SHELBY AND JAMES SHELBY | Civil Action No. 2:05cv2136LTS-JMR |
| JOSEPH SULLIVAN AND MARIA SULLIVAN | Civil Action No. 2:05cv2137LTS-JMR |
| BELINDA M. ULMER | Civil Action No. 2:05cv2138LTS-JMR |
| MICHAEL W. WELBORN | Civil Action No. 2:05cv2139LTS-JMR |
| ADDIE WILLIAMS | Civil Action No. 2:05cv2140LTS-JMR |

v.

COUNTER-PLAINTIFFS:

AMERICAN GENERAL FINANCE, INC.;
AMERICAN GENERAL FINANCE, INC.,
OF MISSISSIPPI; CREDIT CENTERS, INC.,
d/b/a AMERICAN GENERAL FINANCE, INC.;
MERIT LIFE INSURANCE COMPANY; and
YOSEMITE INSURANCE COMPANY

## AGREED TEMPORARY STAY ORDER

CAME BEFORE THE COURT FOR HEARING the joint *ore tenus* motion of all Counter-Defendants and Counter-Plaintiffs American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc., a Delaware corporation, on behalf of itself and as successor to American General Finance, Inc., a Mississippi corporation, Merit Life Insurance Company ("Merit"), and Yosemite Insurance Company ("Yosemite"), for the entry of an agreed temporary stay of all proceedings in these consolidated Actions, including the deadline for Counter-Plaintiffs to respond in opposition to Counter-Defendants' Motion to Dismiss Counter-Plaintiffs' Counterclaim ("Motions to Dismiss"), in each of these severed Actions (which have been consolidated for all pre-trial proceedings). (02/24/06 C-Defs. Mtn. Dism. C-Cl, docket no. 37 in 2:05cv2115, and various other docket numbers in the remainder of these consolidated Actions.)[1]

The Parties' counsel are negotiating in an attempt to reach an agreed final resolution of both these consolidated Actions, as well as a number of related actions. The Parties have requested a brief temporary stay of these consolidated Actions, so as to relieve them of intervening expense, while their counsel attempt to conclude those negotiations in an effort to

---

[1] In the interest of brevity, all docket citations herein are to the lowest case numbered consolidated Action, no. 2:05cv2115. However, as these Actions are consolidated for all pretrial purposes, pursuant to this Court's severance Order, this Order applies to each of the above-captioned consolidated Actions. See (11/03/05 Sev. Order at 6 at ¶6, docket no. 1 in 2:05cv2115.)

resolve this and related actions. Recognizing that this is an Agreed Order, this Court FINDS the relief requested to be well-taken.

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that the entirety of these consolidated Actions and all proceedings and deadlines herein, including Counter-Plaintiffs' deadline to respond in opposition to the Motions to Dismiss in each of the consolidated Actions are stayed until the earlier of:

(A) May 2, 2006; or

(B) The date on which counsel for any Party hereto files and serves an instrument entitled "Notice of Withdrawal of Consent to Agreed Temporary Stay Order," service of which shall have the immediate effect of dissolving the TEMPORARY STAY granted by this Order.

IT IS FURTHER ORDERED THAT should the temporary stay of these consolidated Actions expire under either of the above provisions ((A) or (B)), Counter-Plaintiffs shall serve their response and response memorandum in opposition to Counter-Defendants' Motions to Dismiss, (02/24/06 C-Defs. Mtn. Dism. C-Cl, docket no. 37 in 2:05cv2115, and various other docket numbers in the remainder of these consolidated Actions), in each of these severed Actions which are consolidated for all pretrial purposes, no later than 10 business days from the date of expiration of the stay.

SO ORDERED, this the 22nd day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED:


s/Roman A. Shaul
Roman A. Shaul (MSB #99873)
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103

ATTORNEYS FOR COUNTER-DEFENDANTS


s/E. Barney Robinson III
E. Barney Robinson III (MSB #9432)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) barney.robinson@butlersnow.com

Robert D. Gholson (MSB #4811)
BURR & FORMAN, PLLC
535 North 5th Avenue
Laurel, MS 39441-6523
(T) (601) 425-0400
(F) (601) 649-0088
(E) rgholson@burr.com

ATTORNEYS FOR COUNTER-PLAINTIFFS